**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Eastern District__ District of __Texas__
(State)

Case number (If known): _____ Chapter ____

FILED
U.S. BANKRUPTCY COURT EASTERN
DISTRICT OF TEXAS
Jul 17 2025 3:18:45 pm
CLERK, US BANKRUPTCY COURT

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual     12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

Check one:
☒ Chapter 7
☐ Chapter 11

## Part 2: Identify the Debtor

**2. Debtor's name**

Graze, Inc

**3. Other names you know the debtor has used in the last 8 years**

Graze Robotics
Graze Mowing

Include any assumed names, trade names, or *doing business as* names.

**4. Debtor's federal Employer Identification Number (EIN)**

☐ Unknown

82 - 3708935
EIN

**5. Debtor's address**

Principal place of business

6700 Pinecrest Drive
Number   Street

Suite 400

Plano     TX    75204
City      State  ZIP Code

Collin
County

Mailing address, if different

Number   Street

P.O. Box

City      State  ZIP Code

Location of principal assets, if different from principal place of business

Number   Street

City      State  ZIP Code

Official Form 205     Involuntary Petition Against a Non-Individual     page 1

Debtor  **Graze, Inc**  
Name                                                                    Case number (if known)_____

6. **Debtor's website** (URL)    www.grazerobotics.com

7. **Type of debtor**
   - ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**

   Check one:
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the types of business listed.
   - ☐ Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

   - ☒ No
   - ☐ Yes. Debtor _____  Relationship _____
     District _____ Date filed _____ Case number, if known _____
     MM / DD / YYYY
     
     Debtor _____  Relationship _____
     District _____ Date filed _____ Case number, if known _____
     MM / DD / YYYY

### Part 3: Report About the Case

10. **Venue**

    Check one:
    - ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked:*

    - ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**

    - ☒ No
    - ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Official Form 205    Involuntary Petition Against a Non-Individual    page 2

Debtor  Graze, Inc
        Name

Case number (if known) _____

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Kelly Smith | employment / contractor | $13,000.00 |
| Roy Tamir | employment / contractor | $16,666.66 |
| Adam Kordab | employment / contractor | $5,297.87 |
| | Total of petitioners' claims | $34,964.53 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

Kelly Smith
Name

17888 Fox Hollow Dr
Number  Street

Strongsville            OH        44136
City                    State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number  Street

_____
City    State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  7/16/2025
             MM / DD / YYYY

X  *Kelly Smith* (signed)
Signature of petitioner or representative, including representative's title

**Attorneys**

_____
Printed name

_____
Firm name, if any

_____
Number  Street

_____
City    State   ZIP Code

Contact phone _____  Email _____

Bar number _____

State _____

X _____
Signature of attorney

Date signed _____
              MM / DD / YYYY

Official Form 205    Involuntary Petition Against a Non-Individual    page 3

Debtor __Graze, Inc_____   Case number (if known)_____
       Name

**Name and mailing address of petitioner**

Roy Tamir
_____
Name

788 Ashleigh Lane
_____
Number   Street

Lantana                TX         76226
_____
City                   State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City                   State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number   Street

_____
City            State       ZIP Code

Contact phone _____ Email _____

Bar number  _____

State       _____

✗ _____
Signature of attorney

Date signed  _____
             MM / DD / YYYY


**Name and mailing address of petitioner**

Adam Kordab
_____
Name

6000 Ohio Drive, Apt 3225
_____
Number   Street

Plano                  TX         75093
_____
City                   State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City                   State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number   Street

_____
City            State       ZIP Code

Contact phone _____ Email _____

Bar number  _____

State       _____

✗ _____
Signature of attorney

Date signed  _____
             MM / DD / YYYY

DECLARATION TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1003(a)

Pursuant to 28 U.S.C. § 1746, I declare as follows:

1. I, Kelly Smith, make this declaration in the above-captioned involuntary chapter 7 case (the "Bankruptcy Case") filed by myself and other petitioning creditors against Graze, Inc. (the "Debtor"). I am fully familiar with the facts set forth herein through my own personal knowledge. If called to testify in connection with the Bankruptcy Case, the following would constitute my testimony.

2. I hold claims against the Debtor in an amount not less than $13,000.00

3. I may also hold claims for accrued but unpaid interest, attorneys' fees or other claims.

4. I did not purchase any claims against the Debtor for the purpose of commencing this Bankruptcy Case.

5. I am acting on my own behalf (pro se) as a petitioning creditor in the Bankruptcy Case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___16___ day of July, 2025.

_____
Kelly Smith
17888 Fox Hollow Drive
Strongsville, Ohio, 44136

Debtor __Graze, Inc__  Case number (if known) _____
　　　　Name

**Name and mailing address of petitioner**

Roy Tamir
Name

788 Ashleigh Lane
Number  Street

Lantana　　　　　TX　　　76226
City　　　　　　　State　　ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number  Street

_____
City　　　　　State　　ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/16/2025
　　　　　　　MM / DD / YYYY

✗ _Roy Tam___
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number  Street _____

City　　　　　　State　　ZIP Code

Contact phone _____  Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
　　　　　　MM / DD / YYYY

---

**Name and mailing address of petitioner**

Adam Kordab
Name

6000 Ohio Dr. Apt 3225
Number  Street

Plano　　　　　　TX　　　75093
City　　　　　　　State　　ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number  Street

_____
City　　　　　State　　ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
　　　　　　MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number  Street _____

City　　　　　　State　　ZIP Code

Contact phone _____  Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
　　　　　　MM / DD / YYYY

Official Form 205　　　Involuntary Petition Against a Non-Individual　　　page 4

DECLARATION TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1003(a)

Pursuant to 28 U.S.C. § 1746, I declare as follows:

1. I, Roy Tamir, make this declaration in the above-captioned involuntary chapter 7 case (the "Bankruptcy Case") filed by myself and other petitioning creditors against Graze, Inc. (the "Debtor"). I am fully familiar with the facts set forth herein through my own personal knowledge. If called to testify in connection with the Bankruptcy Case, the following would constitute my testimony.

2. I hold claims against the Debtor in an amount not less than $16,666.66.

3. I may also hold claims for accrued but unpaid interest, attorneys' fees or other claims.

4. I did not purchase any claims against the Debtor for the purpose of commencing this Bankruptcy Case.

5. I am acting on my own behalf (pro se) as a petitioning creditor in the Bankruptcy Case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __16__ day of July, 2025.

_____
Roy Tamir
788 Ashleigh Lane
Lantana, TX 76226

Case 25-42064   Doc 1   Filed 07/17/25   Entered 07/17/25 15:19:27   Desc Main
Document   Page 8 of 19

Debtor  Graze, Inc
        _____
        Name

Case number (if known) _____

**Name and mailing address of petitioner**

Roy Tamir
_____
Name

788 Ashleigh Lane
_____
Number  Street

Lantana        TX        76226
_____
City           State     ZIP Code

Printed name _____

Firm name, if any _____

Number  Street _____

City      State    ZIP Code _____

Contact phone _____ Email _____

Bar number _____

State _____

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number  Street

_____
City      State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___/___/_____
            MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

✗ _____
Signature of attorney

Date signed ___/___/_____
            MM / DD / YYYY

---

**Name and mailing address of petitioner**

Adam Kordab
_____
Name

6000 Ohio Dr. Apt 3225
_____
Number  Street

Plano          TX        75093
_____
City           State     ZIP Code

Printed name _____

Firm name, if any _____

Number  Street _____

City      State    ZIP Code _____

Contact phone _____ Email _____

Bar number _____

State _____

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number  Street

_____
City      State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 07 / 16 / 2025
            MM / DD / YYYY

✗ [signature]
Signature of petitioner or representative, including representative's title

✗ _____
Signature of attorney

Date signed ___/___/_____
            MM / DD / YYYY

Official Form 205    Involuntary Petition Against a Non-Individual    page 4

DECLARATION TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1003(a)

Pursuant to 28 U.S.C. § 1746, I declare as follows:

1. I, Adam Kordab make this declaration in the above-captioned involuntary chapter 7 case (the "Bankruptcy Case") filed by myself and other petitioning creditors against Graze, Inc. (the "Debtor"). I am fully familiar with the facts set forth herein through my own personal knowledge. If called to testify in connection with the Bankruptcy Case, the following would constitute my testimony.

2. I hold claims against the Debtor in an amount not less than $5,297.87.

3. I may also hold claims for accrued but unpaid interest, attorneys' fees or other claims.

4. I did not purchase any claims against the Debtor for the purpose of commencing this Bankruptcy Case.

5. I am acting on my own behalf (pro se) as a petitioning creditor in the Bankruptcy Case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16th day of July, 2025.

_____
Adam Kordab
6000 Ohio Dr.
Apt. 3225
Plano, TX 75093

**Involuntary Petition Continuation Sheet**

| Name of petitioner and mailing address of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien | Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. I have examined the information in the foregoing document and have a reasonable belief that the information is true and correct. |
|---|---|---|---|
| Cristian Troncoso<br>11606 Johnson Lake RD.<br>Lakeside, CA 92040 | Deferred compensation and reimbursable expenses | $5,366.76 | I declare under penalty of perjury that the foregoing is true and correct:<br><br>Executed on _____<br><br>_____<br>Signature of petitioner or representative, including representative's title |
| Ellen Bruno<br>3232 Steven Drive<br>Plano, TX 75023 | Deferred compensation | $37,500.00 | I declare under penalty of perjury that the foregoing is true and correct:<br><br>Executed on _____<br><br>_____<br>Signature of petitioner or representative, including representative's title |
| Kevin Saad<br>6000 Ohio Dr.<br>Apt. 3225<br>Plano, TX 75093 | Deferred compensation | $4,920.00 | I declare under penalty of perjury that the foregoing is true and correct:<br><br>Executed on _____<br><br>_____<br>Signature of petitioner or representative, including representative's title |
| Som Thammakham<br>3232 Steven Dr.<br>Plano TX 75023 | Deferred compensation and reimbursable expenses | $40,947.04 | I declare under penalty of perjury that the foregoing is true and correct:<br><br>Executed on _____<br><br>_____<br>Signature of petitioner or representative, including representative's title |
| Mary Frances Holmes<br>3820 Horseshoe Trail<br>Celina, TX 75009 | Deferred compensation | $5,927.17 | I declare under penalty of perjury that the foregoing is true and correct:<br><br>Executed on July 16, 2025<br><br>*[signature]*<br>Signature of petitioner or representative, including representative's title |
| **Subtotal of petitioners' claims listed on continuation sheet:** | | | **$94,660.97** |
| **Total of petitioners' claims:** | | | **$129,625.5** |

DECLARATION TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1003(a)

Pursuant to 28 U.S.C. § 1746, I declare as follows:

1. I, Mary Frances Holmes, make this declaration in the above-captioned involuntary chapter 7 case (the "Bankruptcy Case") filed by myself and other petitioning creditors against Graze, Inc. (the "Debtor"). I am fully familiar with the facts set forth herein through my own personal knowledge. If called to testify in connection with the Bankruptcy Case, the following would constitute my testimony.

2. I hold claims against the Debtor in an amount not less than $5,927.17.

3. I may also hold claims for accrued but unpaid interest, attorneys' fees or other claims.

4. I did not purchase any claims against the Debtor for the purpose of commencing this Bankruptcy Case.

5. I am acting on my own behalf (pro se) as a petitioning creditor in the Bankruptcy Case.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ____16th____ day of July, 2025.


_____
Mary Frances Holmes
3820 Horseshoe Trail
Celina, TX 75009

DECLARATION TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1003(a)

Pursuant to 28 U.S.C. § 1746, I declare as follows:

1. I, Kevin Saad, make this declaration in the above-captioned involuntary chapter 7 case (the "Bankruptcy Case") filed by myself and other petitioning creditors against Graze, Inc. (the "Debtor"). I am fully familiar with the facts set forth herein through my own personal knowledge. If called to testify in connection with the Bankruptcy Case, the following would constitute my testimony.

2. I hold claims against the Debtor in an amount not less than $4,920.00.

3. I may also hold claims for accrued but unpaid interest, attorneys' fees or other claims.

4. I did not purchase any claims against the Debtor for the purpose of commencing this Bankruptcy Case.

5. I am acting on my own behalf (pro se) as a petitioning creditor in the Bankruptcy Case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this  Sixteenth  day of July, 2025.

_____
Kevin Saad
6000 Ohio Dr.
Apt. 3225
Plano, TX 75093

**Involuntary Petition Continuation Sheet**

| Name of petitioner and mailing address of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien | Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition.<br><br>I have examined the information in the foregoing document and have a reasonable belief that the information is true and correct. |
|---|---|---|---|
| Cristian Troncoso<br>11606 Johnson Lake RD.<br>Lakeside, CA 92040 | Deferred compensation and reimbursable expenses | $5,366.76 | I declare under penalty of perjury that the foregoing is true and correct:<br><br>Executed on _____<br><br>_____<br>Signature of petitioner or representative, including representative's title |
| Ellen Bruno<br>3232 Steven Drive<br>Plano, TX 75023 | Deferred compensation | $37,500.00 | I declare under penalty of perjury that the foregoing is true and correct:<br><br>Executed on _____<br><br>_____<br>Signature of petitioner or representative, including representative's title |
| Kevin Saad<br>6000 Ohio Dr.<br>Apt. 3225<br>Plano, TX 75093 | Deferred compensation | $4,920.00 | I declare under penalty of perjury that the foregoing is true and correct:<br><br>Executed on 07/16/2025<br><br>*Kevin Saad* (signature)<br>Signature of petitioner or representative, including representative's title |
| Som Thammakham<br>3232 Steven Dr.<br>Plano TX 75023 | Deferred compensation and reimbursable expenses | $40,947.04 | I declare under penalty of perjury that the foregoing is true and correct:<br><br>Executed on _____<br><br>_____<br>Signature of petitioner or representative, including representative's title |
| Mary Frances Holmes<br>3820 Horseshoe Trail<br>Celina, TX 75009 | Deferred compensation | $5,927.17 | I declare under penalty of perjury that the foregoing is true and correct:<br><br>Executed on _____<br><br>_____<br>Signature of petitioner or representative, including representative's title |
| **Subtotal of petitioners' claims listed on continuation sheet:** | | | $94,660.97 |
| **Total of petitioners' claims:** | | | $129,625.5 |

DECLARATION TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1003(a)

Pursuant to 28 U.S.C. § 1746, I declare as follows:

1. I, Som Thammakham make this declaration in the above-captioned involuntary chapter 7 case (the "Bankruptcy Case") filed by myself and other petitioning creditors against Graze, Inc. (the "Debtor"). I am fully familiar with the facts set forth herein through my own personal knowledge. If called to testify in connection with the Bankruptcy Case, the following would constitute my testimony.

2. I hold claims against the Debtor in an amount not less than $40,947.04.

3. I may also hold claims for accrued but unpaid interest, attorneys' fees or other claims.

4. I did not purchase any claims against the Debtor for the purpose of commencing this Bankruptcy Case.

5. I am acting on my own behalf (pro se) as a petitioning creditor in the Bankruptcy Case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___16___ day of July, 2025.

*[signature]*
Som Thammakham
3232 Steven Dr.
Plano TX 75023

**Involuntary Petition Continuation Sheet**

| Name of petitioner and mailing address of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien | Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition.<br><br>I have examined the information in the foregoing document and have a reasonable belief that the information is true and correct. |
|---|---|---|---|
| Cristian Troncoso<br>11606 Johnson Lake RD.<br>Lakeside, CA 92040 | Deferred compensation and reimbursable expenses | $5,366.76 | I declare under penalty of perjury that the foregoing is true and correct:<br><br>Executed on _____<br><br>_____<br>Signature of petitioner or representative, including representative's title |
| Ellen Bruno<br>3232 Steven Drive<br>Plano, TX 75023 | Deferred compensation | $37,500.00 | I declare under penalty of perjury that the foregoing is true and correct:<br><br>Executed on _____<br><br>_____<br>Signature of petitioner or representative, including representative's title |
| Kevin Saad<br>6000 Ohio Dr.<br>Apt. 3225<br>Plano, TX 75093 | Deferred compensation | $4,920.00 | I declare under penalty of perjury that the foregoing is true and correct:<br><br>Executed on _____<br><br>_____<br>Signature of petitioner or representative, including representative's title |
| Som Thammakham<br>3232 Steven Dr.<br>Plano TX 75023 | Deferred compensation and reimbursable expenses | $40,947.04 | I declare under penalty of perjury that the foregoing is true and correct:<br><br>Executed on 7/16/2025<br><br>*[signed]*<br>Signature of petitioner or representative, including representative's title  Director of Client Support |
| Mary Frances Holmes<br>3820 Horseshoe Trail<br>Celina, TX 75009 | Deferred compensation | $5,927.17 | I declare under penalty of perjury that the foregoing is true and correct:<br><br>Executed on _____<br><br>_____<br>Signature of petitioner or representative, including representative's title |
| **Subtotal of petitioners' claims listed on continuation sheet:** | | | $94,660.97 |
| **Total of petitioners' claims:** | | | $129,625.5 |

## DECLARATION TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1003(a)

Pursuant to 28 U.S.C. § 1746, I declare as follows:

1. I, Ellen Bruno, make this declaration in the above-captioned involuntary chapter 7 case (the "Bankruptcy Case") filed by myself and other petitioning creditors against Graze, Inc. (the "Debtor"). I am fully familiar with the facts set forth herein through my own personal knowledge. If called to testify in connection with the Bankruptcy Case, the following would constitute my testimony.

2. I hold claims against the Debtor in an amount not less than $37,500.00.

3. I may also hold claims for accrued but unpaid interest, attorneys' fees or other claims.

4. I did not purchase any claims against the Debtor for the purpose of commencing this Bankruptcy Case.

5. I am acting on my own behalf (pro se) as a petitioning creditor in the Bankruptcy Case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ____16th____ day of July, 2025.

_____
Ellen Bruno
3232 Steven Drive
Plano, TX 75023

## Involuntary Petition Continuation Sheet

| Name of petitioner and mailing address of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien | Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. I have examined the information in the foregoing document and have a reasonable belief that the information is true and correct. |
|---|---|---|---|
| Cristian Troncoso<br>11606 Johnson Lake RD.<br>Lakeside, CA 92040 | Deferred compensation and reimbursable expenses | $5,366.76 | I declare under penalty of perjury that the foregoing is true and correct:<br><br>Executed on _____<br><br><br>_____<br>Signature of petitioner or representative, including representative's title |
| Ellen Bruno<br>3232 Steven Drive<br>Plano, TX 75023 | Deferred compensation | $37,500.00 | I declare under penalty of perjury that the foregoing is true and correct:<br><br>Executed on 16th July 2025<br><br>[signature]<br>Signature of petitioner or representative, including representative's title |
| Kevin Saad<br>6000 Ohio Dr.<br>Apt. 3225<br>Plano, TX 75093 | Deferred compensation | $4,920.00 | I declare under penalty of perjury that the foregoing is true and correct:<br><br>Executed on _____<br><br><br>_____<br>Signature of petitioner or representative, including representative's title |
| Som Thammakham<br>3232 Steven Dr.<br>Plano TX 75023 | Deferred compensation and reimbursable expenses | $40,947.04 | I declare under penalty of perjury that the foregoing is true and correct:<br><br>Executed on _____<br><br><br>_____<br>Signature of petitioner or representative, including representative's title |
| Mary Frances Holmes<br>3820 Horseshoe Trail<br>Celina, TX 75009 | Deferred compensation | $5,927.17 | I declare under penalty of perjury that the foregoing is true and correct:<br><br>Executed on _____<br><br><br>_____<br>Signature of petitioner or representative, including representative's title |
| Subtotal of petitioners' claims listed on continuation sheet: | | $94,660.97 | |
| Total of petitioners' claims: | | $129,625.5 | |

**Involuntary Petition Continuation Sheet**

| Name of petitioner and mailing address of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien | Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition.<br><br>I have examined the information in the foregoing document and have a reasonable belief that the information is true and correct. |
|---|---|---|---|
| Cristian Troncoso<br>11606 Johnson Lake RD.<br>Lakeside, CA 92040 | Deferred compensation and reimbursable expenses | $5,366.76 | I declare under penalty of perjury that the foregoing is true and correct:<br><br>Executed on 07/16/2025<br><br>[signature]<br><br>Signature of petitioner or representative, including representative's title |
| Ellen Bruno<br>3232 Steven Drive<br>Plano, TX 75023 | Deferred compensation | $37,500.00 | I declare under penalty of perjury that the foregoing is true and correct:<br><br>Executed on _____<br><br>Signature of petitioner or representative, including representative's title |
| Kevin Saad<br>6000 Ohio Dr.<br>Apt. 3225<br>Plano, TX 75093 | Deferred compensation | $4,920.00 | I declare under penalty of perjury that the foregoing is true and correct:<br><br>Executed on _____<br><br>Signature of petitioner or representative, including representative's title |
| Som Thammakham<br>3232 Steven Dr.<br>Plano TX 75023 | Deferred compensation and reimbursable expenses | $40,947.04 | I declare under penalty of perjury that the foregoing is true and correct:<br><br>Executed on _____<br><br>Signature of petitioner or representative, including representative's title |
| Mary Frances Holmes<br>3820 Horseshoe Trail<br>Celina, TX 75009 | Deferred compensation | $5,927.17 | I declare under penalty of perjury that the foregoing is true and correct:<br><br>Executed on _____<br><br>Signature of petitioner or representative, including representative's title |
| Subtotal of petitioners' claims listed on continuation sheet: | | $94,660.97 | |
| Total of petitioners' claims: | | $129,625.5 | |

DECLARATION TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1003(a)

Pursuant to 28 U.S.C. § 1746, I declare as follows:

1. I, Cristian Troncoso, make this declaration in the above-captioned involuntary chapter 7 case (the "Bankruptcy Case") filed by myself and other petitioning creditors against Graze, Inc. (the "Debtor"). I am fully familiar with the facts set forth herein through my own personal knowledge. If called to testify in connection with the Bankruptcy Case, the following would constitute my testimony.

2. I hold claims against the Debtor in an amount not less than $5,366.76.

3. I may also hold claims for accrued but unpaid interest, attorneys' fees or other claims.

4. I did not purchase any claims against the Debtor for the purpose of commencing this Bankruptcy Case.

5. I am acting on my own behalf (pro se) as a petitioning creditor in the Bankruptcy Case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __16__ day of July, 2025.

_____
Cristian Troncoso
11606 Johnson Lake RD.
Lakeside, CA 92040